In the Matter of the Application of WALTER G. HASTRICH, Appellant, for an Order of Mandamus against JOHN SOEMANN and Others, Constituting the Town Board of the Town of Lancaster, New York, and the Town Board of the Said Town, Respondents.— Order so far as appealed from affirmed, with costs. All concur.

E. SCRIVEN BOND, as Receiver of BELLEAIR ESTATES, INCORPORATED, and BELLEAIR ESTATES, INCORPORATED, Appellants, v. EVALENA K. BARTLETT, Respondent.— Judgment affirmed, with costs. All concur.